**Donald Michael LYNCH, Plaintiff, Appellant,**

v.

**Commonwealth of MASSACHUSETTS, Defendant, Appellee.**

No. 01–1571.

United States Court of Appeals, First Circuit.

Dec. 5, 2001.

Donald Michael Lynch on brief, pro se.

Before TORRUELLA, Circuit Judge, STAHL, Senior Circuit Judge, and LYNCH, Circuit Judge.

PER CURIAM.

Having thoroughly reviewed the record and appellant's brief on appeal, we *affirm* the dismissal of the appellant's complaint substantially for the reasons stated by the district court. We add that, in view of the dismissal of appellant's previous civil action, (i.e., *Donald Michael Lynch v. Commonwealth of Massachusetts*, No. 00–cv–11675), appellant's renewed claims against the Commonwealth are barred by *res judicata*. The many new allegations that appellant makes on appeal are not properly before us. *See United States v. Barnett*, 989 F.2d 546, 554 (1st Cir.1993).

*Affirmed. See* Local Rule 27(c).